NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: RITA LIPPERT, RUDOLF LINDER,**
*Appellants*

---

2016-2255

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/273,337.

---

**JUDGMENT**

---

SCOTT BLACKMAN, Nath, Goldberg and Meyer, Alexandria, VA, argued for appellants. Also represented by JOSHUA BRIAN GOLDBERG.

KAKOLI CAPRIHAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for Appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, ROBERT MCBRIDE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, LINN, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 9, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |